**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JEREMY JACOB MORALES BEY,

                Plaintiff,

  -against-                                    25 **CIVIL** 2099 (KMW)

                                                **JUDGMENT**

OFFICER CARRILLO, BADGE #973983;
LIEUTENANT BAUTISTA; NYPD PRECINCT
#020; DEPARTMENT OF MOTOR VEHICLES
TRAFFIC VIOLATIONS DIVISION,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 10, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). To the extent Plaintiff seeks to remove his state court criminal proceedings to this court, his request is denied as improper, and the case is remanded to the state court. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

       June 11, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**        *K. Mango*

                                                        **Deputy Clerk**